Court, Appellate Division, First Department. May 9, 1913.) Actions by Elizabeth Reich against the E. W. Bliss Buildings, Incorporated, against Eva M. B. Lane and another, and against Eva M. B. Lane. ·R. W. Crawford, of New York City, for appellant. H. A. Wise, of New York City, for respondent. No opinion. Order (73 Misc. Rep. 20, 130 N. Y. Supp. 827) affirmed, with $10 costs and disbursements. Orders filed.

REILLY, Respondent, v. CONNABLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie Reilly against Arthur W. Connable.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., dissent.

REITER, Respondent, v. HANSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Peritz Reiter, as administrator, etc., against Peter B. Hanson. No opinion. Order affirmed, with $10 costs and disbursements.

ROACH v. PRENDERGAST. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William R. Roach against William A. Prendergast. W. J. Eldredge, of New York City, for plaintiff. H. Crone, of New York City, for defendant. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

ROBINSON, Respondent, v. UNITED TEXTILE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Judson J. Robinson against the United Textile Company. J. W. Purdy, of New York City, for appellant. G. H. Broas, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROBISON et al. v. MERBAUM et al. (Supreme Court, Appellate Term, First Department. May 8, 1913.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Louis Robison and others against Jacob Merbaum and another. From a judgment for plaintiffs, defendants appeal. Reversed, and new trial ordered. Boudin & Liebman, of New York City (L. B. Boudin, of New York City, of counsel), for appellants. Eugene Cohn and Julius Levy, both of New York City, for respondents.

PER CURIAM. No proper rule of damages was laid down by the court in its charge to the jury, and on an examination of the whole record we are satisfied that there should be a new trial of this case. The questions put by the court at page 94 of the minutes, which were duly excepted to, cannot but fail to have affected the jury in arriving at their determination. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ROOTMAN v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, First Department. April 25, 1913.) Actions by Wolf Rootman and by Dora Rootman against the City of New York. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 140 N. Y. Supp. 1143.

ROSENBLUM v. KORNHAUSER. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Joseph Rosenblum against Lewis Kornhauser. No opinion. Motion granted, with $10 costs. Order filed.

ROSSI, Appellant, v. PROCTOR & GAMBLE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Antonio Rossi against the Proctor & Gamble Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that questions of fact were presented which ought to have been submitted to the jury. We are of the opinion that the evidence shows that plaintiff and defendant's engineer were not fellow servants.

JENKS, P. J., dissents.

ROTHMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Leon Rothman against the City of New York. I. Gainsburg, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

ROUGHAN, Appellant, v. CHENANGO VALLEY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Anna Roughan against the Chenango Valley Savings Bank. No opinion. Sent to Fourth Department.

ROYAL TYPEWRITER CO., Respondent. v. R. D. CORTINA CO., Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by the Royal Typewriter Company against the R. D. Cortina Company. A. Furber, of New York City, for appellant. J. T. McGovern, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROYE, Respondent, v. LOCUST FARMS CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Joseph L. Roye against the Locust Farms Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

HOWARD, J., not sitting.

ST. JOHN, Respondent, v. KLOPPENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Charles St. John against